### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JASMINE BATTLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. CIV-05-0019-HE |
| ) | |
| JOHN WHETSEL, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

This case is before the court on the Report and Recommendation of Magistrate Judge Valerie K. Couch. [Doc. #53]. Plaintiff, a state pretrial detainee appearing pro se, brings this action pursuant to 42 U.S.C. § 1983. Consistent with 28 U.S.C. § 636(b)(1)(B), the matter was referred to Judge Couch for review. On November 29, 2005, Judge Couch issued her Report and Recommendation, recommending that defendant Correction Healthcare Management, Inc's. motion to dismiss for insufficiency of service of process on behalf of itself and defendants Karen Shatzer and Jack Jones [doc. # 48] be granted.

Plaintiff has not filed an objection to the Report and Recommendation. Therefore, further review of the issues contained therein is waived. United States v. One Parcel of Real Prop., 73 F.3d 1057, 1059-60 (10th Cir. 1996). See 28 U.S.C. § 636(b)(1)(c); LCvR72.1(a). For this reason, and for the reasons contained in the Report and Recommendation, the court concludes defendant Correction Healthcare Management, Inc's. motion to dismiss should be granted.

Accordingly, the Report and Recommendation is **ADOPTED** in its entirety and defendants Correction Healthcare Management, Inc., Karen Shatzer and Jack Jones are dismissed from this action.

**IT IS SO ORDERED**.

Dated this 10th day of January, 2006.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE